UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Docket Number: CR 05-00194-01 CRB |
| | ) CR 05-00503-01 CRB |
| LONNIE DAVID FOWLER | ) |

ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the Judgment and Sentencing hearing originally set for the 14th day of December, 2005, be continued until 15th day of February, 2006, at 2:15 p.m.

Date: Dec. 14, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

CM/cm